## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO. 8:10CR314 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **PRELIMINARY ORDER** |
| **MATTHEW C. KENNEDY,** ) | **OF FORFEITURE** |
| ) | |
| **Defendant.** ) | |

This matter is before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 25).  The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.  The Defendant has pled guilty to Count I of the Indictment filed herein.  At the change of plea hearing, although the Defendant did not plead guilty to the forfeiture allegation he acknowledged that the property listed in the Forfeiture Allegation will be forfeited.  Count I charges the Defendant with receiving and distributing child pornography, in violation of 18 U.S.C. § 2252A(a)(2). The Forfeiture Allegation of said Indictment seeks the forfeiture, pursuant to 18 U.S.C. § 2253, of a Compaq Presario computer, serial number 3CR8340YXM, on the basis it was used or was intended to be used to facilitate said violation.

2.  By virtue of said guilty plea, the Defendant forfeits his interest in the above-described property, and the United States should be entitled to possession of the same, pursuant to 18 U.S.C. § 2253.

IT IS ORDERED:

A.  The United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 25) is hereby sustained.

    B.  Based upon the Forfeiture Allegation of the Indictment and the plea of guilty, the United States is hereby authorized to seize the Compaq Presario computer, serial number 3CR8340YXM

    C.  The Defendant's interest in said property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 2253.

    D.  The aforementioned forfeited property is to be held by the United States in its secure custody and control.

    E.  Pursuant to 18 U.S.C. § 2253, the United States forthwith shall publish for at least thirty consecutive days on an official Government internet site (www.forfeiture.gov) notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited property must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

    F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject property and any additional facts supporting the Petitioner's claim and the relief sought.

    G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

DATED this 13th day of December, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge