UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO. 8:10CR314 |
| )  | |
| Plaintiff,    ) | |
| )  | |
| vs.    ) | FINAL ORDER OF |
| )  | FORFEITURE |
| )  | |
| MATTHEW C. KENNEDY,    ) | |
| )  | |
| Defendant.    ) | |

This matter comes on before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 43). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On December 13, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the Defendant's plea of guilty to Count I of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Compaq Presario computer, serial number 3CR8340YXM, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 18, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on February 22, 2011 (Filing No. 41).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 43) is hereby sustained.

B. All right, title and interest in and to the Compaq Presario computer, serial number 3CR8340YXM, held by any person or entity, is hereby forever barred and foreclosed.

C. The Compaq Presario computer, serial number 3CR8340YXM, be and the same hereby is, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 24th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge